## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ZOOM HEALTH LLC<br><br>Defendant. | CASE NO. 5:25-cv-00454-JD |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE OF ANTHONY PARONICH

Plaintiff in this action, by and through local counsel, Matthew D. Alison, respectfully requests that the Court grant this Motion for Leave to Appear *Pro Hac Vice* of Anthony Paronich, and shows as follows:

As the attached Request for Admission *Pro Hac Vice* reflects (Attachment 1), Anthony Paronich is a member in good standing of the jurisdictions to which he is admitted and satisfies the requirements of Local Rule 83.2(g) of this Court.  I hereby certify that:

Anthony Paronich is a member in good standing of the Bar of the State of Massachusetts, where he is licensed.  Unless other local counsel is substituted, I will remain local counsel for Plaintiff in this action.

WHEREFORE, Plaintiff if this action respectfully requests that the Court enter an Order allowing the admission *Pro Hac Vice* of Anthony Paronich to serve as additional counsel along with the present counsel of record.

Respectfully submitted this 22nd day of April, 2025,

*/s/ Matthew D. Alison*
Matthew Alison, OBA 32723
Indian and Environmental Law Group, PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2025, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing for all registered participants.

*/s/ Matthew D. Alison*