# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| **KATHLEEN SCHWEER, individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**ZOOM HEALTH LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:25-cv-00454-JD<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ZOOM HEALTH LLC in Palm Beach County, FL on April 24, 2025 at 2:06 pm at 2831 Exchange Court, suite c, West Palm Beach, FL 33409 by leaving the following documents with Pedro Labiano who as Office Manager is authorized by appointment or by law to receive service of process for ZOOM HEALTH LLC.

Summons In A Civil Case, Complaint – Class Action, Jury Trial Demanded, Civil Cover Sheet

Hispanic or Latino Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.7082783333,-80.0976195
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Broward County   ,
FL   on   4/25/2025   .

/s/ *Marian Forster*
Signature
Marian Forster
+1 (561) 809-3650
SPS 1448, Broward



Exhibit 1a)