IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM HEALTH, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-25-00454-JD<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Plaintiff Kathleen Schweer's Motion for Leave to Appear Pro Hac Vice on behalf of Anthony Paronich ("Motion"). [Doc. No. 2]. The Motion requests that the Court admit Anthony Paronich to practice before this Court as counsel for Plaintiff Kathleen Schweer in this action.

The Court **GRANTS** the Motion. Counsel must register to e-file with this Court and electronically file an entry of appearance consistent with LCvR83.2(g) and LCvR83.4. Registration instructions are available on the Court's website.[1] Counsel must follow the local rules of this Court, including but not limited to immediate disclosures to the Court of any suspension, disbarment, or resignation that triggers the application of LCvR83.6(a).

---

[1] https://www.okwd.uscourts.gov/sites/okwd/files/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf

IT IS SO ORDERED this 22nd day of May 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE