IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, | : : : : : : : : : : : : / | CIVIL ACTION FILE NO. No. 5:25-cv-00454-JD |
| Plaintiff, | | |
| v. | | |
| ZOOM HEALTH LLC | | |
| Defendant. | | |

**NOTICE OF APPEARANCE**

   Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: May 27, 2025
                       PLAINTIFF, on behalf of herself
                       and others similarly situated,

                       */s/ Anthony Paronich*
                       Anthony Paronich
                       Email:  anthony@paronichlaw.com
                       PARONICH LAW, P.C.
                       350 Lincoln Street, Suite 2400
                       Hingham, MA 02043
                       Telephone:  (617) 485-0018
                       Facsimile:  (508) 318-8100