IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually )
and on behalf of all others similarly situated, )
)
Plaintiff, )
)
v. ) Case No. CIV-25-00454-JD
)
ZOOM HEALTH, LLC, )
)
Defendant. )

## ORDER

A review of the filings in this case reveals that the Disclosure Statement filed by Defendant Zoom Health, LLC [Doc. No. 11] is not compliant with Local Civil Rule 7.1.1, or this Court's Order of June 9, 2025 [Doc. No. 9], which required Defendant to identify its members or partners with sufficient information for the Court to assess conflicts of interest.

Accordingly, [Doc. No. 11] is STRICKEN, and Defendant is ORDERED to refile a compliant disclosure statement within fourteen days, or by **June 26, 2025**.

IT IS SO ORDERED this 12th of June 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE