UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually
and on behalf of all others similarly
situated,

Plaintiff(s)

vs.                                                      Case Number: 5:25-cv-00454-JD

ZOOM HEALTH, LLC,

Defendant(s)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:
A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

ZOOM HEALTH, LLC
_____
[name of party]

who is a (check one) ☐ PLAINTIFF  ☒ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES  ☒ NO

2. **Does party have any parent corporations?**

   (Check one) ☐ YES  ☒ NO

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 10th day of June, 2025.

*/s/ Gregg J. Lytle*

Gregg J. Lytle            Bar No. 20759
Gordon Rees Scully Mansukhani
8211 East Regal Place, Suite 100
Tulsa                OK    74133
(539) 235-5520
glytle@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Matthew Alison, OBA 32723
Indian and Environmental Law Group, PLLC
233 S. Detroit Ave. Suite 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

Anthony I. Paronich, *Subject to Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Andrew Roman Perrong, Esq.
W.D. Oklahoma #24-217
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com

Counsel for Plaintiff Schweer

I hereby certify that on this 10th day of June, 2025, I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery
☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es)

S/ *[signature]*
_____
Signature