## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually  )
and on behalf of all others similarly situated, )
           )
     Plaintiff,   )
           )
v.           )  Case No. CIV-25-00454-JD
           )
ZOOM HEALTH, LLC,    )
           )
     Defendant.  )

### SHOW CAUSE ORDER

Defendant Zoom Health, LLC is ordered to show cause why it has not complied with the Court's order of June 12, 2025 ("Order") [Doc. No. 12] and why it or its counsel should not be sanctioned. The Order required Defendant Zoom Health, LLC to file a compliant disclosure statement, requiring Defendant to identify its members or partners with sufficient information for the Court to assess conflicts of interest. Although Defendant Zoom Health, LLC has filed two disclosure statements, the Court has stricken both of them, as neither has been compliant with the Court's orders and Local Civil Rule 7.1.1. *See* [Doc. Nos. 9, 11, 12, 13, and 6/17/2025 Notice from Court]; LCvR7.1.1 (explaining the party must identify the LLC's members).

The Court therefore **ORDERS** Defendant Zoom Health, LLC to show cause by **Tuesday, July 8, 2025**, why Defendant Zoom Health, LLC has not complied with the Court's Orders to submit a disclosure statement compliant with the Court's orders and Local Civil Rule 7.1.1, and why Defendant Zoom Health, LLC or its counsel should not be sanctioned. In addition to complying with this Order to show cause, Defendant Zoom

Health, LLC must immediately comply with the Court's orders to submit a compliant disclosure statement.

The Court warns Defendant Zoom Health, LLC that failure to comply with this Order could result in sanctions, including those authorized by Federal Rule of Civil Procedure 37(b)(2)(A)(ii)–(vii). *See* Fed. R. Civ. P. 16(f)(1)(c) (explaining that the court may sanction for failure to obey a pretrial order). Defendant Zoom Health, LLC and its counsel are delaying the Court's ability to move forward with this action by their repeated failures to comply and repeated necessitation of judicial action and orders.

IT IS SO ORDERED this 1st day of July 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE