IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: July 28, 2025

| | | |
|---|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-25-00454-JD |
| ZOOM HEALTH, LLC, | ) ) ) | |
| Defendant. | ) | |

**ENTER ORDER:**

　　The Court is in receipt of Defendant Zoom Health, LLC's Response to the Court's Order to Show Cause and Order Setting Hearing ("Response") [Doc. No. 20], in which counsel for Defendant Zoom Health, LLC, "requests a conference to identify specific corrections that must be made to their corporate disclosure form to achieve acceptance by the Court." Response at 3. The conference requested by defense counsel will be held at the same date and time as the hearing on Friday, August 8, 2025, at 1:00 p.m.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

　　　　　　　　　　　　　　　　　　JOAN KANE, CLERK

　　　　　　　　　　　　　　　　　　By:   /s/ Nyssa Vasquez-Morrow
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk