UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,

                        Plaintiff,

vs.

ZOOM HEALTH, LLC,

                        Defendant.

Case No.: 5:25-cv-00454-JD

## AMENDED DISCLOSURE STATEMENT

**"PARTY" DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1:

ZOOM HEALTH, LLC
*[enter name of party on the line above]*

who is a (check one)  ☐ PLAINTIFF   ☒ DEFENDANT   ☐ OTHER: _____

in this action, makes the following disclosures:

**INSTRUCTIONS:**
1. Determine which part(s) of the form apply:
   - Part I is applicable in <u>diversity</u> <u>cases</u> <u>only</u> and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
   - Part III is applicable in all cases and must be completed by all nongovernmental parties.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

### PART I: CITIZENSHIP (diversity cases only)

☐ This party is an individual who is a citizen of the state of _____.

☐ This party is a corporation incorporated in _____ and with a principal place of business at _____.

☒ This party is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust).

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is itself a noncorporate entity, the citizenship for each sub-member of the noncorporate entity member must be provided as well.
>
> BSSS Holdings, LLC is the sole member of Zoom Health LLC. BSSS Holdings LLC's members include Mr. Billy Burns, Mrs. Stephanie Burns, Ms. Sadie Burns and Ms. Shea Burns. All members listed are citizens of the State of Florida.

☐ This party is a traditional trust.

> If yes, identify each trustee and each trustee's state of citizenship. If any trustee is a noncorporate entity, the citizenship for each member of the noncorporate entity trustee must be provided as well.

### PART II:  NONGOVERNMENTAL ENTITY DISCLOSURES  (all cases)

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☒ This party has one or more parent entities.

> If yes, identify all parent entities, including grandparent and great-grandparent entities.
>
> Zoom Health LLC is owned 100% by BSSS Holdings, LLC.

☐ This party has one or more subsidiaries.

> If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

> If yes, identify all such owners.

☐ This party is a trade association.

> If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

### PART III:   OTHER INTERESTED PERSONS AND ENTITIES  (all cases)

☐ Another person, corporation, or noncorporate entity related to the party—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

> If yes, identify all persons, corporations, or noncorporate entities and the nature of their interest. If the interested entity is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust), identify the nature of the entity, each member of the entity with a direct financial interest in the outcome of the litigation, and the nature of each member's interest.

☒ There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this  7th  day of  August , 2025 .

| | |
|---|---|
| Signature: | *Gregg J. Lytle* |
| Printed Name: | Gregg J. Lytle |
| Bar Number: | 20759 |
| Firm Name: | Gordon Rees Scully Mansukhani |
| Address: | 8211 East Regal Place, Suite 100 |
| City, State, Zip Code: | 74119 |
| Phone/Fax: | (539) 235-5520 |
| Email Address: | glytle@grsm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on   August 7, 2025   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Matthew Alison, OBA 32723
Indian and Environmental Law Group, PLLC
233 S. Detroit Ave. Suite 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

Anthony I. Paronich, *Subject to Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Andrew Roman Perrong, Esq.
W.D. Oklahoma #24-217
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com

Counsel for Plaintiff Schweer

I hereby certify that on     August 7, 2025     (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*Gregg J. Lytle*
Signature