# COURTROOM MINUTE SHEET

CASE NO. <u>CIV-25-00454–JD</u>  DATE <u>August 8, 2025</u>

<u>Kathleen Schweer, individually and on behalf of others similarly situated</u> -v- <u>Zoom Health, LLC</u>

COMMENCED <u>1:00 p.m.</u>   ENDED <u>1:15 p.m.</u>   TOTAL TIME <u>15 minutes</u>

PROCEEDINGS <u>Hearing on Show Cause Orders [Doc. Nos. 14, 16] and conference as requested by Zoom Health LLC [Doc. No. 20]</u>

JUDGE <u>JODI W. DISHMAN</u>   DEPUTY <u>NYSSA VASQUEZ</u>   REPORTER <u>CASSY KERR</u>

PLFS'. COUNSEL <u>Dallas Strimple</u>

DFT.'S COUNSEL <u>Gregg Lytle</u>

Show cause hearing held. Counsel for the parties present as noted above. At the outset, the Court **ORDERS** that Entries of Appearance be filed on behalf of Andrew Perrong, Matthew Alison, and Gregg Lytle by **August 15, 2025**. The Court then provides a brief overview of case status before addressing its Show Cause Orders [Doc. Nos. 14, 16].

Oral argument by both sides of counsel heard. Following oral argument, the Court declines to hold Gregg Lytle in civil contempt but does impose a sanction under the Federal Rules of Civil Procedure, the Court's Local Civil Rules, and/or the Court's inherent powers, as follows:
1. Mr. Lytle is directed to read this Court's Local Civil Rules, paying particular attention to LCvR7.1.1 regarding disclosure statements;
2. Mr. Lytle is directed to review the cases cited by the Court on the record (*see* below); and
3. Mr. Lytle shall file with the Court a certification indicating he has complied with 1 and 2 above by **August 15, 2025**.

The Court **STRIKES** the corporate disclosure statement filed at Doc. No. 15 and finds that the newly filed Amended Disclosure Statement at Doc. No. 23 is sufficient to satisfy LCvR7.1.1. The Court does not find any conflicts of interest based upon its review of [Doc. No. 23]. The Court warns that failure to follow any court order in the future could result in sanctions.

All rulings made on the record. No written order to follow.

Statutes & Rules:
1. Local Civil Rule 83.4, 7.1.1

Cases:
1. *Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, 781 F.3d 1233 (10th Cir. 2015)
2. *Gerson v. Logan River Academy*, 20 F.4th 1263 (10th Cir. 2021)
3. *Choice Hospice, Inc. v. Axxess Technology Solutions, Inc.*, 125 F.4th 1000 (10th Cir. 2025)