# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOOM HEALTH LLC <br><br> Defendant. | Case No. 5:25-cv-00454-JD |

## ENTRY OF APPEARANCE

COMES NOW, Gregg J. Lytle of the law firm of **Gordon Rees Scully Mansukhani a**nd hereby enters his appearance on behalf of ZOOM HEALTH LLC ("Defendants"), and respectfully requests that his appearance be entered on the appearance docket of the Court, and that he be served with copies of all future pleadings, instruments, and orders filed in this lawsuit.

Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI**

Date: August 11, 2025      By:   */s/ Gregg J. Lytle*
　　　　　　　　　　　　　　　　Gregg J. Lytle, OBA 20759
　　　　　　　　　　　　　　　　Jacob N. Popp, OBA 35929
　　　　　　　　　　　　　　　　Gordon Rees Scully Mansukhani
　　　　　　　　　　　　　　　　8211 E Regal Place, Suite 100
　　　　　　　　　　　　　　　　Tulsa, OK 74133
　　　　　　　　　　　　　　　　glytle@grsm.com
　　　　　　　　　　　　　　　　jpopp@grsm.com
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Zoom Health

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document was served on the following counsel of record by the means indicated on August 11, 2025:

**Via ECF Filing**

Anthony I. Paronich, pro hac vice
Paronich Law, P.C.
350 Lincln Street, Suite 2400
Hingham, MA  02043
(508) 221-1510
anthony@paronichlaw.com
*Attorney for Plaintiff*

                                      */s/ Gregg J. Lytle*
                                      Gregg J. Lytle