IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZOOM HEALTH LLC

    Defendant.

Case No. 5:25-cv-00454-JD

## CERTIFICATE OF COMPLIANCE

COMES NOW, Gregg J. Lytle of the law firm of **Gordon Rees Scully Mansukhani** and hereby files this Certificate of Compliance pursuant to this Court's Order at Docket 24.

Counsel hereby certifies he has read and studied the following, pursuant to the Court's Order:

1. The Western District of Oklahoma Local Civil Rules;
2. Gerson v. Logan River Acad., 20 F.4th 1263 (10th Cir. 2021);
3. Siloam Springs Hotel, L.L.C. v. Century Sur. Co., 781 F.3d 1233, 1239 (10th Cir. 2015); and
4. Choice Hospice, Inc. v. Axxess Tech. Sols., Inc., 125 F.4th 1000 (10th Cir. 2025)

Counsel confirms his understanding of this Court's Rules, as well as the requirements for Disclosure Statements under LCvR 7.1.1.

                                        Respectfully Submitted,

                                        **GORDON REES SCULLY MANSUKHANI**

Date: August 13, 2025           By:    */s/ Gregg J. Lytle*
                                                          Gregg J. Lytle, OBA 20759
                                                          Jacob N. Popp, OBA 35929
                                                          Gordon Rees Scully Mansukhani
                                                          8211 E Regal Place, Suite 100
                                                          Tulsa, OK 74133
                                                          glytle@grsm.com
                                                          jpopp@grsm.com
                                                          Attorneys for Defendant
                                                          Zoom Health

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on the following counsel of record by the means indicated on August 13, 2025:

**Via ECF Filing**

Anthony I. Paronich, pro hac vice
Paronich Law, P.C.
350 Lincln Street, Suite 2400
Hingham, MA  02043
(508) 221-1510
anthony@paronichlaw.com
*Attorney for Plaintiff*

                                                              */s/ Gregg J. Lytle*
                                                              Gregg J. Lytle