IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM HEALTH, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-25-00454-JD<br>)<br>)<br>)<br>)<br>) |

**ORDER REFERRING CASE TO MEDIATION**

The Court ORDERS this case to mediation under LCvR16.3, with mediation to be completed and ADR report filed by February 13, 2026. The Court directs the parties to follow LCvR16.3.

Nothing about the Court's referral to mediation prevents the parties from engaging in counsel-to-counsel negotiations and resolving the case prior to mediation. However, the parties should promptly notify the Court if they resolve the case so that an administrative closing order may be entered. Additionally, all remaining deadlines in the Court's scheduling order remain in place. *See* [Doc. No. 18].

IT IS SO ORDERED this 17th day of October 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE