IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZOOM HEALTH LLC<br><br>    Defendant. | Case No. 5:25-cv-00454-JD |

## JOINT STATUS REPORT

Pursuant to the Court's directive, the parties provide the following Status Report regarding the status of discovery—including written, deposition, and third-party discovery—anticipated motions, and the overall status of the case as of November 24, 2025.

The parties have exchanged written discovery. Plaintiff has served written requests and continues to meet and confer with Defendant regarding completeness of responses. Communications between counsel throughout October and November 2025 reflect ongoing efforts to clarify discovery obligations and coordinate depositions. There are currently no outstanding written discovery disputes requiring Court intervention, though the Parties reserve the right to seek relief should supplementation remain incomplete. In terms of the current discovery:

- Depositions are ongoing.
- Plaintiff noticed the deposition of Defendant's owner and are working to schedule that.

A key third-party witness, Mr. Murphy, is no longer employed by Zoom Health. Defense counsel represented that Mr. Burns has not communicated with Mr. Murphy in quite some time and does

not know his current whereabouts.

Plaintiff has requested Mr. Murphy's contact information so that a subpoena may be issued. Plaintiff will follow up with counsel if no information is provided shortly. Absent cooperation or production of contact details, Plaintiff anticipates issuing third-party subpoenas through available channels to secure Mr. Murphy's testimony.

No motions are currently pending before the Court or appear imminent.

The Court has ordered that mediation be completed by February 13, 2026. The parties are working to schedule a mediation with Hon. David Jones (Ret.).

The parties remain committed to completing discovery efficiently, coordinating mediation by the deadline, and presenting any motions required to ensure full compliance with discovery obligations.

Respectfully Submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
 *Pro Hac Vice*
Counsel for the Plaintiff

**GORDON REES SCULLY MANSUKHANI**

By:     */s/ Lauren Fabela*
Christopher S. Norcross, OBA 33666
Lauren Fabela, OBA 35394
Gordon Rees Scully Mansukhani
8211 E Regal Place, Suite 100
Tulsa, OK 74133
cnorcross@grsm.com
lfabela@grsm.com

Attorneys for Defendant
Zoom Health