IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ZOOM HEALTH, LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 5:25-CV-00454-JD<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT ZOOM HEALTH, LLC'S NOTICE OF APPEARANCE AND WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

PLEASE TAKE NOTICE that Greg J. Lytle and Jacob N. Popp hereby withdraw as counsel of record and is substituted by Lauren C. Fabela and Christopher S. Norcross of Gordon Rees Scully Mansukhani, LLP as counsel of record for Defendant Zoom Health, LLC ("Defendant").

Defendant respectfully requests the following information be added to the Court's and the Clerk's docket and service lists:

**Lauren C. Fabela**
State Bar No. 35394
GORDON REES SCULLY MANSUKHANI, LLP
8211 East Regal Place, Suite 100
Tulsa, Oklahoma 74133
Telephone:(539) 235-5520
Facsimile: (214)461-4053
lfabela@grsm.com

**Christopher S. Norcross**
State Bar No. 33666
GORDON REES SCULLY MANSUKHANI, LLP
8211 East Regal Place, Suite 100
Tulsa, Oklahoma 74133
Telephone:(539) 235-5520

---

Facsimile: (214)461-4053
cnorcross@grsm.com

Please serve the aforementioned counsel with all notices, orders, pleadings and correspondence at the address set forth above.

Respectfully submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

/s/ *Christopher S. Norcross*
**CHRISTOPHER S. NORCROSS**
OK Bar No. 33666
cnorcross@grsm.com
**LAUREN C. FABELA**
OK Bar No. 35394
lfabela@grsm.com
8211 East Regal Place, Suite 100
Tulsa, Oklahoma 74133
Telephone:(539) 235-5520
Facsimile: (214)461-4053

**ATTORNEYS FOR DEFENDANT
ZOOM HEALTH, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on January 15, 2026, with a copy of this document via the Court's CM/ECF system.

Anthony I. Paronich, pro hac vice
PARONICH LAW, P.C.
350 Lincln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
Anthony@paronichlaw.com
*Attorney for Plaintiff*

                                                  */s/ Christopher S. Norcross*
                                                  **CHRISTOPHER S. NORCROSS**