# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZOOM HEALTH LLC<br><br>    Defendant. | Case No. 5:25-cv-00454-JD |

## JOINT MOTION TO EXTEND DEADLINE FOR MEDIATION AND ADR REPORT FILING

The Court ordered the parties to mediation and, thereafter, to file an ADR report with the Court by February 13, 2026. (ECF Doc. No. 29).

The parties have worked collaboratively to comply with the Court's directive. Notwithstanding, due to mediator availability and conflicting medical appointments, the parties have not yet fulfilled their obligations.

The parties are diligently working to prepare for and complete the necessary mediation and are scheduled to mediate before Hon. David Jones (Ret.) on February 18, 2026. February 18th was the first mutually-available date for counsel, the parties, and the mediator.

The parties respectfully request a two-week extension to the current mediation

deadline of February 13th to accommodate the scheduled mediation.

Wherefore, the parties jointly request the Court extend their deadline to complete the mediation and file their ADR report until February 27, 2026.

Respectfully submitted this 11th day of February, 2026.

>*/s/ Matthew D. Alison*
>Matthew Alison, OBA 32723
>Indian and Environmental Law Group, PLLC
>233 S. Detroit, STE 200
>Tulsa, OK 74120
>Tel: (918) 347-6169
>matthew@iaelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2026, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing for all registered participants.

>*/s/ Matthew D. Alison*