IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN SCHWEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM HEALTH, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-25-00454-JD<br>)<br>)<br>)<br>)<br>) |

## ADMINISTRATIVE CLOSING ORDER

The Court has been informed that the parties have reached a settlement in this case. *See* [Doc. No. 34]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **60** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 25th day of February 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE